# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-CV-21843-RAR

**JAN CARLOS PIMENTEL**,
*individually and on behalf of*
*all others similarly situated*,

      Plaintiff,

v.

**GREENLAND INSURANCE AGENCY INC.**,

      Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 21], filed on August 22, 2025.  The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of August, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**